No. 01–1403. BEAVER COUNTY, PENNSYLVANIA, ET AL. *v.* ARMOUR. C. A. 3d Cir. Certiorari denied.

No. 01–1412. DAVIS *v.* GODWIN, RETIRED JUDGE, CIRCUIT COURT OF VIRGINIA, 5TH JUDICIAL CIRCUIT. Sup. Ct. Va. Certiorari denied.

No. 01–1421. MCKEOWN *v.* DELAWARE BRIDGE AUTHORITY ET AL. C. A. 2d Cir. Certiorari denied.

No. 01–1431. TAYLOR *v.* HODGES ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–1436. KENNEDY, AS SUCCESSOR IN INTEREST AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF KENNEDY, ET AL. *v.* SOUTHERN CALIFORNIA EDISON CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–1450. ECHOSTAR COMMUNICATIONS CORP., DBA DISH NETWORK, ET AL. *v.* CBS BROADCASTING INC. ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–1508. BROWN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–1516. SANCHEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–1518. CHRISTENSEN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–1527. MINER ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 01–1561. TURNBULL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–7230. SIMMS *v.* UNITED STATES; and
No. 01–7335. THOMAS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–7736. GOKTEPE *v.* GOKTEPE. Ct. Sp. App. Md. Certiorari denied.